IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02811-NYW

DODGE DUSTIN MEADOWS,

        Plaintiff,

vs.

CITY AND COUNTY OF DENVER,
BRADLEY WHITFIELD,
TINA AXELRAD, and
REID MATSUDA,

        Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Defendants City and County of Denver, Bradley Whitfield, Tina Axelrad, and Reid Matsuda (collectively "City Defendants") and Dodge Meadows ("Plaintiff"), through undersigned counsel, submit this *Stipulation for Dismissal with Prejudice* and state as follows:

1. The Parties have reached a settlement agreement dispositive of this matter.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims shall be dismissed with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

WHEREFORE, the Parties respectfully request that the Court dismiss this case with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted this 7th day of January, 2021.

KRISTIN M. BRONSON
DENVER CITY ATTORNEY

By: */s/ Paige A. Arrants*
   Paige A. Arrants, # 50077
   Joshua L. Roberts, # 46139
   Assistant City Attorneys
   City and County of Denver
   201 West Colfax Avenue, Dept. 1207
   Denver, CO 80202-5332
   (720) 913-3275
   joshua.roberts@denvergov.org
   paige.arrants@denvergov.org
   *Attorneys for Defendants the City and County of Denver, Bradley Whitfield, Tina Axelrad, and Reid Matsuda*


DODGE DUSTIN MEADOWS,
an individual

By: */s/*
Dodge D. Meadows
2828 Zuni Street, #217
Denver, CO 80211
Telephone: (719) 221-2110
dodgemeadows@mac.com

2

# CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was electronically filed and served on the following via the CM/ECF system and email:

Dodge Dustin Meadows
2828 Zuni Street, #217
Denver, CO  80211
dodgemeadows@mac.com
*Plaintiff pro se*

*/s/ Ramona Gallegos*
Legal Secretary
City and County of Denver
201 W. Colfax Ave., Dept. 1207
Denver, CO 80202-5332